# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **ROADBUILDERS MACHINERY SUPPLY CO., INC.** a Kansas Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **SANDVIK MINING and CONSTRUCTION USA, LLC** a Delaware Corporation, <br><br> Defendant. | Case No. 2:22-cv-02331-HLT-TJJ |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Roadbuilders Machinery and Supply, Co, Inc. ("Roadbuilders") pursuant to D. Kan 6.1 and hereby requests an extension of time to respond to defendant's motion for summary judgment (Doc. 106) from Wednesday October 18, 2023, to Monday October 30, 2023. In support thereof, Plaintiff states as follows:

1. Counsel for Roadbuilders has contacted counsel for Sandvik who consents to the requested extension.

2. Plaintiff's response to defendant's motion for summary judgment (Doc. 106) is currently due Wednesday October 18, 2023. The extension requested is to Monday October 30, 2023.

3. No prior extensions have been requested or granted.

1

4.  Cause for the request to extend the due date to Monday October 30, 2023 include:

    (a) Sandvik's 38-page motion for summary judgment alleges 65 facts covering 18 pages, and asserts multiple legal arguments that require substantial time to research and respond;

    (b) numerous events occurring in this case between the time Sandvik's motion was filed (9/27/23) and the current due date (10/18/23) include preparation of the pre-trial order (submitted 10/5/23), the pre-trial conference (10/11/23), review of 289 pages of new documents produced by Sandvik on 10/2/23, review of 718 pages of new documents produced by Sandvik on 10/6/23, preparation and filing of a supplement to plaintiff's motion for Rule 37 sanctions (due 10/18/23), and review of a new privilege log produced by Sandvik 10/2/23 which covers 157 separate entries.

    (c) the press of other cases being handled by the undersigned counsel who is a sole practitioner.

5.  Plaintiff will be prejudiced by denying this motion because it will prevent a full and fair response to Sandvik's motion for summary judgment. Conversely, Sandvik will not be prejudiced by granting it.

6.  The trial date is May 6, 2024, which is far enough in the future so that the requested extension will not create a burden or dely to the Court.

    **WHEREFORE**, Plaintiff respectfully requests an extension of time to respond to

defendant's motion for summary judgment (Doc. 106) from Wednesday October 18, 2023, to Monday October 30, 2023, and for all such other relief as is just and proper.

                                                Respectfully submitted,

                                                /s/  Michael Healy
                                                Michael P. Healy       KS Bar 13881
                                                The Healy Law Firm, LLC
                                                3350 NE Ralph Powell Road, Suite 120
                                                Lee's Summit, Missouri 64064
                                                (816) 472-8800 (Telephone)
                                                (816) 472-8803 (Facsimile)
                                                mphealy@healylawyers.com
                                                ATTORNEYS FOR PLAINTIFF